UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

Plaintiff,

v.

WASHINGTON STATE, et al.,

Defendants.

CASE NO. 26-5321-BHS-SKV

ORDER

THIS MATTER is before the Court on Magistrate Judge S. Kate Vaughan's report and recommendation (R&R), Dkt. 6, recommending this Court deny pro se plaintiff Barber's *in forma pauperis* (IFP) application.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Barber filed a proposed 42 U.S.C. § 1983 complaint along with an IFP application. Because he has filed numerous lawsuits that have been dismissed for failure to state a claim, he has incurred at least "three strikes" under 28 U.S.C. § 1915(g). The R&R correctly determined he is barred from proceeding IFP because he has not shown he was subject to imminent serious physical injury at the time of his complaint. Dkt. 6 at 3.

Barber has not objected to the R&R, and it is neither clearly erroneous nor contrary to law. The R&R is **ADOPTED**.

Barber must pay the filing fee **within 30 days of this Order**, or his case shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated this 13th day of May, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2